# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jesenia Rozon <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 17-16154 elf |
| Jesenia Rozon <br> _Debtor(s)_ | |
| Terry P. Dershaw, Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after notice and hearing, it is

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2016 TOYOTA CAMRY with VIN #: 4T1BF1FK6GU220926 .  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date: 11/22/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**