United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jesenia Rozon  
    Debtor

Case No. 17-16154-elf  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Nov 27, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
db       +Jesenia Rozon,    2006 S Bonsall St,    Philadelphia, PA 19145-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        MICHAEL ADAM COHEN   on behalf of Debtor Jesenia  Rozon mcohen1@temple.edu
        TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jesenia Rozon<br>_Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 17-16154 elf |
| Jesenia Rozon<br>_Debtor(s)_ | |
| Terry P. Dershaw, Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after notice and hearing, it is

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2016 TOYOTA CAMRY with VIN #: 4T1BF1FK6GU220926 .  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  11/22/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**