United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                                Case No. 17-16154-elf
Jesenia Rozon                                                         Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Dec 15, 2017
                               Form ID: 318             Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
```
db          +Jesenia Rozon,    2006 S Bonsall St,    Philadelphia, PA 19145-2606
13981473    +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
              St Louis, MO 63179-0040
13981475    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
13981477     Comenity Capital/mprc,    Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
13981479    +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13981480    +Comenitycapital/boscov,    Po Box 182120,    Columbus, OH 43218-2120
13981483    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13981490    +NJ E-ZPass,    PO Box 4971,    Trenton, NJ 08650-4971
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: BTPDERSHAW.COM Dec 16 2017 01:13:00       TERRY P. DERSHAW,    Dershaw Law Offices,
              P.O. Box 556,    Warminster, PA  18974-0632
smg          E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:42        City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:07
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:29        U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13981470     EDI: CAPITALONE.COM Dec 16 2017 01:13:00       Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
13981469    +EDI: CAPITALONE.COM Dec 16 2017 01:13:00       Capital One,    Attn: Bankruptcy,    Po Box 30253,
              Salt Lake City, UT 84130-0253
13981471    +EDI: CHASE.COM Dec 16 2017 01:13:00       Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
13981472    +EDI: CHASE.COM Dec 16 2017 01:13:00       Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13981474    +EDI: CITICORP.COM Dec 16 2017 01:13:00       Citibank/Sunoco,    Po Box 6497,
              Sioux Falls, SD 57117-6497
13981476    +EDI: CITICORP.COM Dec 16 2017 01:13:00       Citibank/The Home Depot,    Po Box 6497,
              Sioux Falls, SD 57117-6497
13981478    +EDI: WFNNB.COM Dec 16 2017 01:13:00       Comenity Capital/mprc,    Po Box 182120,
              Columbus, OH 43218-2120
13981481    +EDI: RCSFNBMARIN.COM Dec 16 2017 01:13:00       Credit One Bank Na,    Po Box 98873,
              Las Vegas, NV 89193-8873
13981482    +EDI: RCSFNBMARIN.COM Dec 16 2017 01:13:00       Credit One Bank Na,    Po Box 98875,
              Las Vegas, NV 89193-8875
13981484    +EDI: BLUESTEM Dec 16 2017 01:13:00       Fingerhut,    6250 Ridgewood Rd,
              St Cloud, MN 56303-0820
13981485    +EDI: BLUESTEM Dec 16 2017 01:13:00       Fingerhut,    6250 Ridgewood Road,
              Saint Cloud, MN 56303-0820
13981486    +EDI: CBSKOHLS.COM Dec 16 2017 01:13:00       Kohls/Capital One,    Kohls Credit,    Po Box 3043,
              Milwaukee, WI 53201-3043
13981487    +EDI: CBSKOHLS.COM Dec 16 2017 01:13:00       Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-5660
13981488    +E-mail/Text: bk@lendingclub.com Dec 16 2017 01:18:51        Lending Club Corp,    71 Stevenson St,
              Suite 300,    San Francisco, CA 94105-2985
13981489    +E-mail/Text: bk@lendingclub.com Dec 16 2017 01:18:51        Lending Club Corp,    71 Stevenson,
              San Francisco, CA 94105-2985
13982630    +EDI: PRA.COM Dec 16 2017 01:13:00       PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
13981491    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
13981492    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/ Old Navy,    Po Box 965005,
              Orlando, FL 32896-5005
13981493    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/Amazon,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
13981494    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/Amazon,    Po Box 965015,
              Orlando, FL 32896-5015
13981495    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/Walmart,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
13981496    +EDI: RMSC.COM Dec 16 2017 01:13:00       Synchrony Bank/Walmart,    Po Box 965024,
              Orlando, FL 32896-5024
13981497     EDI: TFSR.COM Dec 16 2017 01:13:00       Toyota Motor credit Corp,    Po Box 8026,
              Cedar Rapids, IA 52408
13981498    +EDI: TFSR.COM Dec 16 2017 01:13:00       Toyota Motor credit Corp,    240 Gibraltar Rd Ste 260,
              Horsham, PA 19044-2387
                                                                                              TOTAL: 28
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 15, 2017
                              Form ID: 318             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN   on behalf of Debtor Jesenia  Rozon mcohen1@temple.edu
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jesenia Rozon** | Social Security number or ITIN **xxx–xx–0900** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–16154–elf** | | |

# Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jesenia Rozon

12/14/17                                                                                 **By the court:**   Eric L. Frank
                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**